# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Karen L. Thorpe<br>    Debtor(s)<br><br>M&T Bank, its successors and/or assigns<br>    Movant<br>  vs.<br><br>Karen L. Thorpe<br>    Debtor(s)<br><br>William C. Miller Esq.<br>    Trustee | CHAPTER 13<br><br><br><br><br><br>NO. 19-13651 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of M&T Bank, which was filed with the Court on or about **August 22, 2019, docket number 27**.

        Respectfully submitted,

      By: **/s/ Kevin G. McDonald, Esquire**
        Kevin G. McDonald, Esquire
        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA  19106
        215-627-1322
        Attorney for Movant/Applicant

September 25, 2019