IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| Karen L. Thorpe | : NO. 19-13651-elf |

### ORDER APPROVING COUNSEL FEE

AND NOW, this 28th day of October, 2019, upon consideration of the Application for Final Counsel Fees submitted by John G. Gray, Esquire, counsel for the debtor, it is hereby

**ORDERED** that compensation of $4000.00 is **ALLOWED** and, further, the unpaid balance of $2,000.00 of the counsel fee shall be paid through the debtor's Chapter 13 Plan as an Administrative Priority Expense to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
United States Bankruptcy Judge