```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
```

In re:                                                              Case No. 19-13651-elf
Karen L. Thorpe                                                     Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: YvetteWD             Page 1 of 1                  Date Rcvd: Oct 29, 2019
                              Form ID: pdf900            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2019.
db             +Karen L. Thorpe,    235 N. Maple Avenue,    Lansdowne, PA 19050-1623

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2019 at the address(es) listed below:
              JOHN G. GRAY    on behalf of Debtor Karen L. Thorpe esqjgray@aol.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

Karen L. Thorpe : NO. 19-13651-elf

**ORDER APPROVING COUNSEL FEE**

AND NOW, this 28th day of October, 2019, upon consideration of the Application for Final Counsel Fees submitted by John G. Gray, Esquire, counsel for the debtor, it is hereby

**ORDERED** that compensation of $4000.00 is **ALLOWED** and, further, the unpaid balance of $2,000.00 of the counsel fee shall be paid through the debtor's Chapter 13 Plan as an Administrative Priority Expense to the extent provided for in the confirmed plan.

**ERIC L. FRANK**
United States Bankruptcy Judge