Certificate Number: 14912-PAE-DE-038636283

Bankruptcy Case Number: 19-13651



14912-PAE-DE-038636283

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 5, 2024, at 10:18 o'clock AM EDT, Karen Thorpe completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 5, 2024                          By:     /s/Jai Bhatt

                                              Name:   Jai Bhatt

                                              Title:   Counselor